E-FILED 06-13-11
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Siriratne K. Arachchige* | CASE NO. ED CV 11-618-GHK (DTBx) |
| **Plaintiff,** | JUDGMENT |
| v. | |
| *Saxon Mortgage formerly d/b/a Master Financial, et al.* | |
| **Defendants.** | |

Pursuant to the Court's May 27, 2011 and June 13, 2011 Orders, IT IS HEREBY ADJUDGED that Plaintiff Siriratne K. Arachchige's ("Plaintiff") claims against Defendants Saxon Mortgage Services, Inc., formerly d/b/a Master Financial, TD Service Co., and Mortgage Electronic Registration Systems, Inc. are **DISMISSED**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: June 13, 2011

_____
GEORGE H. KING
United States District Judge